ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Fax: (702) 598-1425
rdemarco@cslawoffice.net
**Attorney for Defendant**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    )<br>    Plaintiff    )<br>    )<br>v.    )<br>    )<br>JAMES ALEXANDER HENDERSON, )<br>    )<br>    Defendant    )<br>    ) | CASE NO: 2:23-mj-493-BNW<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br>**(SECOND REQUEST)** |

**IT IS HEREBY STIPULATED and AGREED** by and between Imani Dixon, Esq., Assistant United States Attorney, and Robert Z. DeMarco, Esq., attorney for Defendant, James Alexander Henderson that the trial currently scheduled for November 15, 2023, at 9:00 a.m., be vacated and continued approximately 60 days, or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has been in communication with Assistant United States Attorney Imani Dixon in an effort to try and resolve this matter;

2. Counsel for Defendant has a scheduling conflict;

3. Assistant United States Attorney Imani Dixon does not object to the requested continuance;

4. Defendant consents to this continuance;

5.  The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively represent the Defendant in this case; and

6.  This is the second request to continue the trial date.

**DATED** this 13th day of November, 2023.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ Imani Dixon (with consent) | /s/ Robert Z. DeMarco |
| **AUSA IMANI DIXON, ESQ.** | **ROBERT Z. DEMARCO, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 12359 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |
| | JAMES ALEXANDER HENDERSON |

## ORDER

**IT IS THEREFORE ORDERED** that the hearing currently scheduled for November 15, 2023, at the hour of 9:00 a.m., be vacated and continued to January 17, 2024 at the hour of 9:00 a.m.

**IT IS SO ORDERED.**

DATED this 13th day of November, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

/s/ Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant
JAMES ALEXANDER HENDERSON