```
JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI L. DIXON
Assistant United States Attorney
Nevada Bar Number 15724
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6338
(702) 388-6418
imani.dixon@usdoj.gov
Counsel for the United States
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-mj-493-BNW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE BENCH TRIAL |
| JAMES ALEX HENDERSON, | (third Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Imani L. Dixon, Assistant United States Attorney, counsel for the United States of America, and Robert DeMarco, counsel for defendant James Alex Henderson, that the bench trial scheduled for January 17, 2024, be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1. The parties believe this matter can be resolved but require additional time to continue negotiation for a final resolution.

1

2.  The defendant is currently incarcerated in Clark County Detention Center and is awaiting to be sentenced to Nevada Department of Corrections on state related charges but has no objection to a continuance.

3.  The parties agree to the continuance.

4.  The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time for negotiations and for counsel for defendant sufficient time within which to be able to review the plea offer with his client.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within the trial herein must commerce pursuant to the Speedy Trial Act, Title 8, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

The is the third request stipulation to continue filed herein.

DATED this 16th day of January, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Robert DeMarco                              /s/ Imani Dixon
ROBERT DEMARCO, ESQ.               IMANI L. DIXON, ESQ.
Counsel for defendant                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2: 23-mj-493-BNW |
| Plaintiff, | FINDINGS OF FACT, CONCLUSIONS OR LAW AND ORDER |
| vs. | |
| JAMES ALEX HENDERSON, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, this court finds:

1. The parties believe this matter can be resolved but require additional time to continue negotiation for a final resolution.

2. The defendant is currently incarcerated in Clark County Detention Center and is awaiting to be sentenced to Nevada Department of Corrections on state related charges but has no objection to a continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties sufficient time for negotiations and for counsel for defendant sufficient time within which to be able to review the plea offer with his client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within the trial herein must commerce pursuant to the Speedy Trial

3

Act, Title 8, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

6. This is the third request for continuance of the trial in this case.

## ORDER

IT IS HEREBY ORDERED that the bench trial currently scheduled for January 17, 2024, at the hour of 9:00 a.m., be vacated and continued to  February 21, 2024  at the hour of  9:00 a.m.

DATED this   16   day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE