1  **ROBERT Z. DEMARCO, ESQ.**
   **Nevada Bar No. 12359**
2  **CHESNOFF & SCHONFELD**
   **520 South Fourth Street**
3  **Las Vegas, Nevada 89101**
   **Telephone: (702)384-5563**
4  **Fax: (702) 598-1425**
   **rdemarco@cslawoffice.net**
5  **Attorney for Defendant**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**\* \* \* \***

| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| v. | ) CASE NO: 2:23-mj-493-BNW |
| JAMES ALEXANDER HENDERSON, | ) STIPULATION AND [PROPOSED] |
| Defendant | ) ORDER TO CONTINUE TRIAL |
|  | ) (FIFTH REQUEST) |

**IT IS HEREBY STIPULATED and AGREED** by and between Randolph J. St. Clair, Esq., Assistant United States Attorney, and Robert Z. DeMarco, Esq., attorney for Defendant, James Alexander Henderson that the trial currently scheduled for May 1, 2024, at 9:00 a.m., be vacated and continued approximately 60 days, or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1.  Counsel for Defendant has been in communication with Assistant United States Attorney Randolph J. St. Clair in an effort to try and resolve this matter. The parties are attempting to negotiate the matter as well as to arrange for Defendant to appear, as the Defendant is currently incarcerated in the Nevada Department of Corrections on unrelated state charges but has no objection to a continuance;

2. Counsel for Defendant also has a scheduling conflict;

3. Assistant United States Attorney Randolph J. St. Clair does not object to the requested continuance;

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively represent the Defendant in this case; and

5. This is the fifth request to continue the trial date.

**DATED** this 30th day of April 2024.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| /s/ Randolph J. St. Clair | /s/ Robert Z. DeMarco |
| **RANDOLPH J. ST. CLAIR , ESQ.** | **ROBERT Z. DEMARCO, ESQ.** |
| 501 Las Vegas Blvd., Suite 1100 | Nevada Bar No. 12359 |
| Las Vegas, Nevada 89101 | 520 South Fourth Street |
| Attorney for Plaintiff | Las Vegas, Nevada 89101 |
| | Attorney for Defendant |
| | JAMES ALEXANDER HENDERSON |

# ORDER

**IT IS THEREFORE ORDERED** that the hearing currently scheduled for May 1, 2024, at the hour of 9:00 a.m., be vacated and continued to __July 25, 2024__ at the hour of __9:00 a.m.__

**IT IS SO ORDERED.**

**DATED** this _30_ day of _April_, 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

_/s/_ Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Defendant
JAMES ALEXANDER HENDERSON