JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
SKYLER PEARSON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Skyler.Pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00493-BNW |
| Plaintiff, | **Stipulation to Continue Trial (Sixth Request)** |
| v. | |
| JAMES ALEXANDER HENDERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Robert Z. DeMarco, Esq., counsel for the defendant James Alexander Henderson, that the bench trial in the above-captioned matter, currently scheduled for July 24, 2024 at the hour of 9:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

This stipulation is entered into for the following reasons:

1. The parties are still attempting to negotiate the matter.

2. Defendant is currently incarcerated in the Nevada Department of Corrections for unrelated state charges and has no objection to a continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow the parties to resolve this matter.

4. This is the sixth request for continuance of the trial in this case.

DATED this 16h day of July, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

| /s/ Robert Z. DeMarco | /s/ Skyler Pearson |
|---|---|
| ROBERT Z. DeMARCO, Esq.<br>Counsel for defendant HENDERSON | SKYLER PEARSON<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-mj-00493-BNW |
| Plaintiff, | **Stipulation to Continue Trial** |
| v. | **(Sixth Request)** |
| JAMES ALEXANDER HENDERSON, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties need additional time to negotiate the matter.

2. The defendant is incarcerated in the Nevada Department of Corrections for unrelated state charges and has no objection to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties additional time to resolve this matter.

4. Denial of this request for continuance would result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the trial date in the above-captioned matter currently scheduled for July 24, 2024, at the hour of 9:30 a.m. is hereby VACATED, and RESET for  October 23 ,2024, at  9:00 a.m.

DATED this   22   day of July, 2024.

_____
HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE